1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   SUSAN RAE OWENS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

*E-FILED - 2/6/07*

| | |
|---|---|
| SUSAN RAE OWENS, | Case No.  C06-06184-RMW-PVT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER** |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | Fed. R. Civ. P. 41(a)(1) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SUSAN RAE OWENS, and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SUSAN RAE OWENS, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

///

///

///

///

-2-

1 | Dated: January 24, 2007

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
SUSAN RAE OWENS

4 | Dated: January 24, 2007

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant
NCO FINANCIAL SYSTEMS, INC.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 2/6/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court